NO FEE DUE
GOV'T CODE § 6103

HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
ALEXANDRA V. ATENCIO, SBN 227251
aatencio@hansonbridgett.com
CHRISTOPHER K. SPIERS, SBN 300613
cspiers@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant SAN MATEO
COUNTY TRANSIT DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LING LA, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT, a Special Transit District; and DOES 1 to 10,<br><br>            Defendants. | CASE NO. 3:14-cv-01768 WHO<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO VACATE AND CONTINUE SETTLEMENT CONFERENCE**<br><br>Date:   April 10, 2015<br>Time:   10:00 a.m.<br>Location: U.S. District Court, 1301 Clay St.,<br>            Oakland, CA  94612<br>Judge:   Hon. Kandis A. Westmore<br><br>Action filed: April 16, 2014<br>Trial Date:   November 9, 2015 |

## STIPULATION

WHEREAS, the settlement conference before United States Magistrate Judge Kandis A. Westmore is currently scheduled for April 10, 2015 at 10:00 a.m.;

WHEREAS, the parties are engaged in ongoing discovery and will not have completed such discovery before the April 10, 2015 settlement conference;

WHEREAS, the parties have met and conferred, and all counsel desire to vacate and continue the April 10, 2015 settlement conference to allow adequate time for discovery prior to the conference;

NOW, THEREFORE, the parties to this action, through their undersigned counsel stipulate

11031409.1

3:14-cv-01768 WHO
STIPULATION AND [PROPOSED] ORDER TO VACATE AND CONTINUE SETTLEMENT CONFERENCE

1 and ask the Court to enter its order as follows:

2   1.   The settlement conference scheduled for April 10, 2015 is vacated.

3   2.   The settlement conference is reset for May 15, 2015.

4   **IT IS SO STIPULATED.**

5   **SIGNATURES UNDER LOCAL RULE 5-1(i)(3)**

6 Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of

7 California, I, Alexandra V. Atencio—the ECF User whose User ID and Password are used in the

8 filing of this document—hereby attest that the concurrence to the filing of this document has been

9 obtained from the other signatories to this document.

10 DATED: March 27, 2015                HANSON BRIDGETT LLP

12                                      By:    /s/ Alexandra V. Atencio
                                        DIANE MARIE O'MALLEY
13                                      ALEXANDRA V. ATENCIO
                                        Attorneys for Defendant SAN MATEO COUNTY
14                                      TRANSIT DISTRICT

15
   DATED: March 27, 2015                SMITH PATTEN
16

18                                      By:    /s/ Dow W. Patten
                                        SPENCER F. SMITH
19                                      DOW W. PATTEN
                                        Attorneys for Plaintiff LING LA

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 **~~PROPOSED~~ ORDER VACATING SETTLEMENT CONFERENCE**

2 **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.** The

3 settlement conference scheduled for April 10, 2015 is vacated. The settlement conference is reset

4 for May 15, 2015.

5 **IT IS SO ORDERED.**

6 DATED: March 30, 2015

*[signature: Kandis Westmore]*

KANDIS A. WESTMORE
United States Magistrate Judge