NO FEE DUE
GOV'T CODE § 6103

HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
ALEXANDRA V. ATENCIO, SBN 227251
aatencio@hansonbridgett.com
CHRISTOPHER K. SPIERS, SBN 300613
cspiers@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant SAN MATEO
COUNTY TRANSIT DISTRICT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LING LA, an individual, | CASE NO. 3:14-cv-01768 WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE AND CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| SAN MATEO COUNTY TRANSIT DISTRICT, a Special Transit District; and DOES 1 to 10, | Date:  May 15, 2015<br>Time:  11:00 a.m.<br>Location: U.S. District Court, 1301 Clay St., Oakland, CA 94612<br>Judge:   Hon. Kandis A. Westmore |
| Defendants. | Action filed: April 16, 2014<br>Trial Date:    November 9, 2015 |

## STIPULATION

WHEREAS, the settlement conference before United States Magistrate Judge Kandis A. Westmore is currently scheduled for May 15, 2015 at 11:00 a.m.;

WHEREAS, the parties are engaged in ongoing discovery and will not have completed such discovery before the May 15, 2015 settlement conference;

WHEREAS, the parties have met and conferred, and all counsel desire to vacate and continue the May 15, 2015 settlement conference to allow adequate time for discovery prior to the conference;

NOW, THEREFORE, the parties to this action, through their undersigned counsel stipulate

and ask the Court to enter its order as follows:

1. The settlement conference scheduled for May 15, 2015 is vacated.

2. The settlement conference is reset for May 29, 2015.

**IT IS SO STIPULATED.**

**SIGNATURES UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I, Alexandra V. Atencio—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from the other signatories to this document.

DATED: May 7, 2015               HANSON BRIDGETT LLP


                                 By:    /s/ Alexandra V. Atencio
                                    DIANE MARIE O'MALLEY
                                    ALEXANDRA V. ATENCIO
                                    Attorneys for Defendant SAN MATEO COUNTY
                                    TRANSIT DISTRICT


DATED: May 7, 2015               SMITH PATTEN


                                 By:    /s/ Dow W. Patten
                                    SPENCER F. SMITH
                                    DOW W. PATTEN
                                    Attorneys for Plaintiff LING LA

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 **~~PROPOSED~~ ORDER VACATING SETTLEMENT CONFERENCE**

2 **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.** The

3 settlement conference scheduled for May 15, 2015 is vacated. The settlement conference is reset

4 for May 29, 2015.

5 **IT IS SO ORDERED.**

6 DATED: May 11, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge