UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LING LA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT,<br><br>        Defendant. | Case No. 14-cv-01768-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

At a settlement conference before the Hon. Kandis Westmore on May 29, 2015, the parties to this action agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: June 1, 2015

_____
WILLIAM H. ORRICK
United States District Judge